UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | Criminal No. 21-178 (MJD/TNL) |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE POSITION PLEADINGS** |
| (1) WARREN DEAN, | ) | |
| Defendant. | ) | |

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

Defendant's Motion for Extension of Time [Docket No. 40] is **GRANTED**, and the parties' position pleadings are due March 16, 2022.

Dated: February 14, 2022

s/Michael J. Davis
Michael J. Davis
United States District Court